```
                                    IT IS HEREBY ADJUDGED
                                    and DECREED this is SO
                                    ORDERED.
```

**TIFFANY & BOSCO**
P.A.

Dated: January 22, 2010



**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-24532/9000542322

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-BK-22576-SSC |
| Shauna Lynn Reiser<br>         Debtor. | Chapter 7 |
| Everhome Mortgage Company<br>         Movant,<br>     vs.<br>Shauna Lynn Reiser, Debtor, Jill H. Ford, Trustee.<br>         Respondents. | ORDER<br><br>(Related to Docket #11) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated November 30, 2006 and recorded in the office of the Maricopa County Recorder wherein Everhome Mortgage Company is the current beneficiary and Shauna Lynn Reiser has an interest in, further described as:

PARCEL 1:

UNIT 287, OF THE ARCADIA RESIDENCES, A CONDOMINIUM, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 814 OF MAPS, PAGE 29.

PARCEL 2:
AN EXCLUSIVE RIGHT TO USE PARKING SPACE PC-10, A LIMITED COMMON ELEMENT AS DESCRIBED IN THE ABOVE MENTIONED CONDOMINIUM DECLARATION

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT